UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-mj-8057-RMM

UNITED STATES of AMERICA

V.

JESUS ANDRANCA-RAMIREZ,
 a/k/a JESUS RAMIREZ,

    **Defendant.**
_____/

FILED BY____SP____D.C.

Jan 31, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)? NO

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? NO

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? NO

4. Did this matter involve the participation of or consultation with now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? NO

    Respectfully submitted,

    HAYDEN P. O'BYRNE
    UNITED STATES ATTORNEY

By:    /s/ Brian R.
    Brian D. Ralston
    Assistant United States Attorney
    Court ID No.: A5502727
    500 S. Australian Avenue, Suite 400
    West Palm Beach, Florida 33401
    Telephone: (561) 820-8711
    Email: Brian.Ralston@usdoj.gov

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jesus ANDRANCA-RAMIREZ | ) | Case No.  25-mj-8057-RMM |
| a/k/a Jesus RAMIREZ | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

FILED BY ____SP____ D.C.
Jan 31, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   January 30, 2025   in the county of   Palm Beach   in the
  Southern   District of   Florida  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal Re-entry After Removal |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_Complainant's signature_

Deportation Officer Andy Korzen, ICE
_Printed name and title_

Sworn to and attested to me by applicant by telephone (Facetime) per the requirements of Fed. R. Crim. P. 4(d) and 4.1.

Date:   1/31/25

_Judge's signature_

City and state:   West Palm Beach, FL     Ryon M. McCabe United States Magistrate Judge
_Printed name and title_

**AFFIDAVIT**
**OF**
**ANDY KORZEN**
**UNITED STATES DEPARTMENT OF HOMELAND SECURITY**
**IMMIGRATION AND CUSTOMS ENFORCEMENT**

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over twenty-one years. I am currently assigned to the ICE Enforcement and Removal Operations, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Jesus ANDRANCA-RAMIREZ, also known as Jesus RAMIREZ, committed the offense of illegal re-entry after removal, in violation of Title 8, United States Code, Section 1326(a).

3. On or about January 30, 2025, Jesus ANDRANCA-RAMIREZ was arrested in Palm Beach County, Florida on outstanding warrant for failure to appear for plea conference in state case related to driving without driver's license. He was booked and detained at the Palm Beach County Jail.

4. A review of the immigration records shows that Jesus ANDRANCA-RAMIREZ is a native and citizen of Mexico. Records further show that on or about August 23, 2018, Jesus ANDRANCA-RAMIREZ was ordered removed. The Order of

Removal was executed on or about August 30, 2018, whereby Jesus ANDRANCA-RAMIREZ was removed from the United States and returned to Mexico.

5. Thereafter, Jesus ANDRANCA-RAMIREZ re-entered the United States illegally and was removed and returned to Mexico on three additional separate occasions, on or about following dates: September 26, 2018, October 5, 2018, and November 28, 2018.

6. Records further show that Jesus ANDRANCA-RAMIREZ, in the United States District Court for the Southern District of Texas, was convicted of the offense of entering the United States illegally at a place other than designated by the immigration officers in three separate cases, on or about following dates: September 25, 2018, October 5, 2018, and October 15, 2018. Cases number: 18-mj-04108, 18-po-04595, and 18-po-07780.

7. Jesus ANDRANCA-RAMIREZ's fingerprints taken in connection with his January 30, 2025, arrest in Palm Beach County were scanned into the IAFIS system. Results confirmed that scanned fingerprints belong to the individual who was previously removed from the United States, that is Jesus ANDRANCA-RAMIREZ.

8. A record check was performed in the Computer Linked Application Informational Management System to determine if Jesus ANDRANCA-RAMIREZ filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Jesus ANDRANCA-RAMIREZ obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

9.      Based on the foregoing, I submit that probable cause exists to believe that, on or about January 30, 2025, Jesus ANDRANCA-RAMIREZ, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

_____
Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this __31__ day of January 2025.

_____
RYON M. MCCABE
UNITED STATES MAGISTRATE JUDGE

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: Jesus Andranca-Ramirez a/k/a Jesus Ramirez

**Case No**:  25-mj-8057-RMM

Count #: 1

Illegal Re-entry into the United States After Removal

8 U.S.C. § 1326(a)
* **Max. Term of Imprisonment:** 2 years
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release:** 1 year
* **Max. Fine:** $250,000
* **Special Assessment:** $100

*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.